1042

*In the Matter of the Dependency of* D.B.

LAURA SWANSON, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-7-00982-0, Thomas J. Wynne, J., entered June 4, 2009. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Cox and Appelwick, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL SAFFORD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-00722-1, Michael Hayden, J., entered September 9, 2009. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Grosse and Ellington, JJ.

EVERGREEN TRAILS, INC., *Appellant*, v. KING COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-2-04478-5, Ellen J. Fair, J., entered February 27, 2009. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Leach, A.C.J., and Spearman, J.

THE STATE OF WASHINGTON, *Respondent*, v. PETER JACOB INOUYE, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-1-00376-6, Gary R. Tabor, J., entered January 6, 2009. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Becker and Schindler, JJ.